1
2
3
4
5
6
7
8
9            UNITED STATES DISTRICT COURT
10          CENTRAL DISTRICT OF CALIFORNIA
11
12   GEOFFREY WILSON,                )   Case No. CV 05-7705 JVS(JC)
                                     )
13                  Petitioner,      )
                                     )
14          v.                       )   JUDGMENT
                                     )
15   D. OLLISON, Warden,             )
                                     )
16                  Respondent.      )
                                     )
17   _____

18       Pursuant to this Court's Order Adopting Findings, Conclusions and

19   Recommendations of United States Magistrate Judge,

20       IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person

21   in State Custody is denied and this action is dismissed with prejudice.

22

23       DATED:  August 10, 2009

24

25

26   HONORABLE JAMES V. SELNA
     UNITED STATES DISTRICT JUDGE
27

28